# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**REPUBLICAN PARTY OF VIRGINIA, INC.,**

      **Plaintiff,**

      **v.**

**UNION INSURANCE COMPANY,**

      **Defendant.**

**Misc. Action No. 05-359 (JMF)**

## SHOW CAUSE ORDER

It appearing that plaintiff filed <u>Plaintiff's Motion to Quash</u> on September 13, 2005, and

It further appearing that defendant has not yet responded, it is therefore, hereby,

**ORDERED** that defendant show cause in writing by January 20, 2006 why plaintiff's

motion should not be granted.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

Date: