**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **REPUBLICAN PARTY OF VIRGINIA, INC.,**<br><br>    Plaintiff,<br><br>        v.<br><br>**UNION INSURANCE COMPANY,**<br><br>    Defendant. | Misc. Action No. 05-359 (JMF) |

**SHOW CAUSE ORDER**

It appearing that plaintiff filed <u>Plaintiff's Motion to Quash</u> on September 13, 2005, and

It further appearing that defendant has not yet responded, it is therefore, hereby,

**ORDERED** that defendant show cause in writing by January 20, 2006 why plaintiff's motion should not be granted.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

Date: