UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REPUBLICAN PARTY OF VIRGINIA, INC.,**<br><br>    Plaintiff,<br><br>    v.<br><br>**UNION INSURANCE COMPANY,**<br><br>    Defendant. | Misc. Action No. 05-359 (JMF) |

**ORDER**

It appearing that plaintiff filed Plaintiff's Motion to Quash on September 13, 2005, and

It further appearing that defendant has not yet responded either to plaintiff's motion or to my Show Cause Order directing defendant to show cause in writing by January 20, 2006 why plaintiff's motion should not be granted, it is therefore, hereby,

**ORDERED** that Plaintiff's Motion to Quash [#1] is **GRANTED.** It is further, hereby,

**ORDERED** that the case is **DISMISSED WITH PREJUDICE.**

**SO ORDERED.**

_____
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

Date: