## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **REPUBLICAN PARTY OF VIRGINIA, INC.,** | |
| **Plaintiff,** | |
| **v.** | **Misc. Action No. 05-359 (JMF)** |
| **UNION INSURANCE COMPANY,** | |
| **Defendant.** | |

### ORDER

It appearing that plaintiff filed <u>Plaintiff's Motion to Quash</u> on September 13, 2005, and

It further appearing that defendant has not yet responded either to plaintiff's motion or to my <u>Show Cause Order</u> directing defendant to show cause in writing by January 20, 2006 why plaintiff's motion should not be granted, it is therefore, hereby,

**ORDERED** that <u>Plaintiff's Motion to Quash</u> [#1] is **GRANTED.**  It is further, hereby,

**ORDERED** that the case is **DISMISSED WITH PREJUDICE.**

**SO ORDERED.**


_____
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

Date: